CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 23 2007
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, *Plaintiff,* | CIVIL NO. 6:06cv00004 |
| v. | ORDER and OPINION |
| MARK MORRIS, ET AL., *Defendant* | JUDGE NORMAN K. MOON |

Pursuant to this Court's order of July 21, 2006 (docket entry no. 45), the following motions are hereby DISMISSED WITHOUT PREJUDICE:

(1) Plaintiff's Motion to Dismiss the Counterclaim of Schwarz & Schwarz, L.L.C. (docket entry no. 13);

(2) Plaintiff's Motion to Sever the Cross-claim of Schwarz & Schwarz, L.L.C. (docket entry no. 29); and

(3) Plaintiff's Motion to Dismiss, or, in the Alternative, to Sever the Amended Counterclaim of Schwarz & Schwarz, L.L.C. (docket entry no. 31).

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: [signature]
United States District Judge

January 23, 2007
Date